# Third District Court of Appeal

## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2251
Lower Tribunal No. 10-23310

————————

## Vanguard Hammer Property Renovations, Inc., etc.,
Appellant,

vs.

## Debra P. Milfort,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

APLaw, LLC and Alterraon Phillips (Royal Palm Beach), for appellant.

Law Offices of James A. Stepan, P.A., and James A. Stepan (Hollywood); and Wadsworth, Margrey & Dixon LLP, and Jamie Clark Dixon, for appellee.

Before LOGUE, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.